ANNIE M. CROWLEY, an Infant, by MICHAEL CROWLEY, Her Guardian ad Litem, Respondent, *v.* AMERICAN DRUGGISTS SYNDICATE, Appellant.

*Crowley* v. *American Druggists Syndicate*, 152 App. Div. 775, affirmed.
(Argued May 1, 1913; decided May 20, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 15, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, her employer.

*Stephen P. Anderton* and *S. Stanwood Menken* for appellant.

*J. Brownson Ker* and *John B. Merrill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Absent: WERNER, J.